UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

   15 CR. 785 (RMB)

 -against-

**ORDER**

WILLIAM KNOX,
      Defendant.
------------------------------------------------------------X

  The Court will hold a telephone status conference on Thursday, July 30, 2020 at 11:00 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0785

Dated: June 18, 2020
   New York, NY

              _____
                RICHARD M. BERMAN
                U.S.D.J.