**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          15 CR. 785 (RMB)

  -against-

                                                          **ORDER**

WILLIAM KNOX,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Thursday, July 30, 2020 at 11:00 AM is hereby rescheduled to Thursday, September 3, 2020 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0785

Dated: July 22, 2020
       New York, NY

                                                    _____
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.