**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        15 CR. 785 (RMB)
   -against-

                                                        **ORDER**

WILLIAM KNOX,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, May 24, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0785

Dated: May 18, 2022
       New York, NY

                                                        *Richard M. Berman*
                                                    RICHARD M. BERMAN
                                                    U.S.D.J.