UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                         15 CR. 785 (RMB)
   -against-

                                                                                                            **ORDER**

WILLIAM KNOX,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Tuesday, August 23, 2022 at 11:30 AM is hereby rescheduled to Thursday, August 25, 2022 at 9:00 AM

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0785

Dated: August 16, 2022
       New York, NY

                                                          _____
                                                                 RICHARD M. BERMAN
                                                                     U.S.D.J.