**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                            15 CR. 785 (RMB)
    -against-

                                                                            **ORDER**

WILLIAM KNOX,
               Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Thursday, December 8, 2022 at 9:00 A.M. will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442

       Conference ID: 340 095 0#

Dated: November 30, 2022
       New York, NY

                                                                    _____
                                                                       RICHARD M. BERMAN
                                                                             U.S.D.J.