UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

WILLIAM KNOX,

           Defendant.

CASE NO.: 15 Cr. 785 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A supervised release hearing is scheduled for **Wednesday, August 2, 2023, at 12:00 pm** before Magistrate Judge Sarah L. Cave (the "Hearing"). The parties, including Mr. Knox, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Court directs the parties to provide a copy of this Order to Mr. Knox's mental health counselor (the "Counselor"), and requests that the Counselor attend the Hearing if they are available.

Dated:    New York, New York
            June 8, 2023

                                SO ORDERED.

                                _____
                                **SARAH L. CAVE**
                                **United States Magistrate Judge**