UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

WILLIAM KNOX,

          Defendant.

CASE NO.: 15 Cr. 785 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Monday, February 12, 2024 at 5:00 pm is now **RESCHEDULED** to **Friday, February 16, 2024 at 10:00 am** on Microsoft Teams. Members of the public can use the following dial in number for audio only listening: (646) 453 4442; Phone Conference ID: 944 184 195#.

Dated:    New York, New York
             January 30, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**