UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

                     Government,      :      15 CR. 785 (RMB)

            - against -                 :      **ORDER**

WILLIAM KNOX,                       :

                     Defendant.        :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, March 6, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 983 189 756#

Dated: February 28, 2024
         New York, NY

                                                              _/s/ Richard M. Berman_
                                                           **RICHARD M. BERMAN**
                                                                   **U.S.D.J.**