UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

WILLIAM KNOX,

              Defendant.

CASE NO.: 15 Cr. 785 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Tuesday, February 25, 2025 at 5:00 pm is now **RESCHEDULED 11:00 am on the same day** on Microsoft Teams. Members of the public can use the following dial in number for audio only listening: (646) 453 4442; Phone Conference ID: 777 998 572#.

Dated:    New York, New York
             December 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**