UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

WILLIAM KNOX,

        Defendant.

CASE NO.: 15 Cr. 785 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Supervised Release Hearing (the "Hearing") is scheduled for **Tuesday, December 16, 2025 at 9:30 am** on Microsoft Teams before the Honorable Richard M. Berman and the Honorable Sarah L. Cave. The Court requests that Mr. Knox's mental health counselor attend the Hearing. Members of the public can use the following dial in number for audio only listening: (646) 453 4442; Phone Conference ID: 777 998 572#.

Dated:    New York, New York
           September 17, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**