UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM KNOX,

Defendant.

CASE NO.: 15 Cr. 785 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Tuesday, June 16, 2026 at 10:00 am is now

**RESCHEDULED** to **the same day at 11:00 am** on Microsoft Teams.  Members of the public can use

the following dial in number for audio only listening: (646) 453 4442; Phone Conference ID: 777

998 572#.

Dated:      New York, New York
            May 26, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**